ACCEPTED
01-14-00843-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 2:19:35 PM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 01-14-00843-CV**

| | | | |
|---|---|---|---|
| **RAYMOND ESPINOZA,** | § | **IN THE** | FILED IN |
| **Appellant (Plaintiff)** | § | | 1st COURT OF APPEALS |
| | § | **TEXAS COURT OF APPEALS** | HOUSTON, TEXAS |
| **v.** | § | | 1/23/2015 2:19:35 PM |
| | § | | CHRISTOPHER A. PRINE |
| **AARON'S RENTS, INC., ET. AL.** | § | **FIRST DISTRICT** | Clerk |

## UNOPPOSED MOTION TO CLARIFY (OR EXTEND) TIME FOR FILING OF APPELLANT'S AND APPELLEE'S OPENING BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW YOUR APPELLANT, Raymond Espinoza, Plaintiff below, who, pursuant to Texas Rules of Appellate Procedure, Rule 10.5, respectfully moves this honorable Court to clarify, and if necessary, extend, the due date for both the Appellant's Opening Brief and the Appellee's Opening Brief. In support of this motion, your Appellant respectfully shows unto this honorable Court the following:

1. The Appellee's brief is due on the later of the date's the clerk's record was filed or the date the report's record was filed. *See* Tex.R.App.P., Rule 38.6.

2. The honorable Court received the full Clerk's Record on January 5, 2015. See Online Record of the Case, at http://www.search.txcourts.gov/Case.aspx?cn=01-14-00843-CV&coa=coa01

3. Invoices for both the Court's Record and the Reporter's Record were received by the undersigned, and paid by the undersigned.

4. While the honorable Clerk of the trial court has filed the Clerk's Record, the Reporter's Record has not yet been filed with the honorable Court.

5. This would appear to postpone any briefing due date, and leave no current deadline for either brief, as an opening brief is due only after both the reporter's, and the clerk's, record have been filed. *See id.*

6. To avoid any uncertainty, and also to keep this appeal from waiting indefinitely for a filing beyond the control of the parties, the Appellant suggests the following briefing schedule:

    a. Due Date for Appellant's Opening Brief: February 28, 2015

    b. Due Date for Appellee's Opening Brief: April 28, 2015.

    c. Reply Brief: as per the Texas Rules of Appellant Procedure.

7. As a February 28, 2015 deadline for the Appellant's brief could be perceived as an extension of a due date of February 5, 2015 (if only the Clerk's record filing triggered the briefing deadline), the same courtesy and extension should apply to the Appellee, and thus this motion proposes sixty days from the Appellant's brief for the filing of the Appellee's brief.

8. The undersigned's research and drafting work has been delayed, both because of the absence of a Reporter's Record, and because he has been assisting his sister in relocating to the Republic of Panama, including travel to that country.

9. A clarification and setting of briefing time will give both parties a full and adequate opportunity to frame and present their arguments to the honorable Court.

10. No previous extensions have been requested by either party, and no previous extensions have been granted by this Court.

Respectfully submitted,

ROBERT TEIR, PLLC

_____

By: Robert Teir
845 517 West, Suite 200
TEL: 832.365.1191
FAX: 832.550.2700
Email: *rob@teirlaw.com*

Attorney on Appeal for Mr. Raymond Espinoza

**CERTIFICATE OF SERVICE AND NO OPPOSITION**

I, Robert Teir, undersigned below, hereby certify that, on the 23rd day of January, 2015, a true and correct copy of the foregoing Motion to Extend Time has been forwarded to learned counsel for the Plaintiff, Ms. Virginia Mixon Swindell, by fax to (713) 650-0405. A courtesy copy of the foregoing has also been served upon co-counsel for the Plaintiff, Dion Kohler, Esq., by fax to (404) 525-1173.

I also certify that the Mr. Kohler informed me that he is not opposed to the mutual extensions of time.

_____
Robert Teir